IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG**<br>*Plaintiff* | : | **CIVIL ACTION** |
| v. | : | |
| **HB NORTH WELLNESS LLC,** *et al.*,<br>*Defendants* | : | **NO. 22-4248** |

## ORDER TO SHOW CAUSE

AND NOW, this 4th day of December 2023, upon consideration of the Plaintiff's Motion for Default Judgment (Doc. No. 10), it is hereby **ORDERED** that the Plaintiff must, by **December 22, 2023,** document for the Court:

1. whether the Plaintiff's Request for Entry of Default (Doc. No. 6) was served on the Defendants and

2. whether the Entry of Default (Doc. No. 7) was served on the Defendants.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE