**Tracking History for 00310903331480012487**

| | |
|---|---|
| Tracking as of: | 10/17/2023 1:55:42 PM |
| Delivery step: | Distributed for delivery preparation (USPS phase 896) |
| Last scan location: | Springfield MO 65801 |
| When scanned: | 10/06/2023  01:32:42 AM |
| Expect another scan? | Probably not. Piece should have been delivered. |
| Destination zip as addressed: | 65548 |
| Original predicted delivery: | 10/06/2023 |
| Updated delivery date: | 10/06/2023 |
| | |
| Delivery step: | Prepared for carrier delivery (USPS phase 918) |
| Scan location: | Springfield MO 65801 |
| When scanned: | 10/05/2023  7:56:46 PM |
| | |
| Delivery step: | Processed at destination sorting ctr - stage 1 (USPS phase 893) |
| Scan location: | Springfield MO 65801 |
| When scanned: | 10/05/2023  10:18:24 AM |
| | |
| Delivery step: | Processed at originating sorting ctr - stage 1 (USPS phase 481) |
| Scan location: | Kansas City MO 64121 |
| When scanned: | 10/04/2023  11:52:36 AM |
| | |
| Delivery step: | Processed at originating sorting ctr - stage 1 (USPS phase 891) |
| Scan location: | Philadelphia PA 19176 |
| When scanned: | 10/02/2023  11:23:58 PM |
| | |
| Delivery step: | Postmarked at originating sorting center (USPS phase 004) |
| Scan location: | Philadelphia PA 19176 |
| When scanned: | 10/02/2023  10:22:03 PM |
| | |
| Delivery step: | Postmarked at originating sorting center (USPS phase 004) |
| Scan location: | Philadelphia PA 19176 |
| When scanned: | 10/02/2023  8:47:16 PM |